Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Steven C. Anderson, Bar No. 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CIRCUS CIRCUS CASINOS, INC.;<br>EMPLOYEE(S)/AGENT(S) DOES 1-10;<br>and ROE CORPORATIONS 11-20,<br>inclusive,<br><br>Defendant. | Case No. 2:14-cv-01758-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MARTHA RODRIGUEZ and CIRCUS CIRCUS CASINOS, INC. ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

JACKSON LEWIS P.C.
LAS VEGAS

Further, this Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

Dated: ~~January~~ February 17, 2015

Dated: ~~January 13 28~~ February, 2015

_____
Veronica Arechederra Hall
Steven C. Anderson
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorneys for Defendant

_____
Jeffrey Gronich
1810 E. Sahara Ave., Ste. 109
Las Vegas, NV 89104

Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: February 17, 2015.

_____
UNITED STATES DISTRICT JUDGE

4853-0736-3617, v. 1

JACKSON LEWIS P.C.
LAS VEGAS

-2-